**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2934-WJM-MEH

EFCO CORPORATION,

     Plaintiff,

v.

WESTERN SURETY COMPANY, a South Dakota corporation,
TOWER I CONSTRUCTION COMPANY, a Colorado corporation, and
COLORADO COMMERCIAL GLASS, INC., a Colorado corporation,

     Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND CAPTION**

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Amend Caption (ECF No. 34), filed February 20, 2013.  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED.

The Clerk of the Court is DIRECTED to AMEND the caption in this matter to reflect that United States of America is no longer a participating Plaintiff for the use of EFCO Corporation, as set forth in the caption above.

Dated this 21st day of February, 2013.

BY THE COURT:

William J. Martinez
United States District Judge