# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 12-cv-2934-WJM-MEH

UNITED STATES OF AMERICA for the use of EFCO CORPORATION,

    Plaintiff,

v.

WESTERN SURETY COMPANY, a South Dakota corporation,
TOWER I CONSTRUCTION COMPANY, a Colorado corporation,
COLORADO COMMERCIAL GLASS, INC., a Colorado corporation, and
GREGORY J. EVANS

    Defendants.

## ORDER STRIKING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT

This matter comes before the Court *sua sponte* on Plaintiff's six motions for summary judgment (ECF Nos. 48, 49, 50, 51, 68, and 69).  For the following reasons the Motions are each hereby STRICKEN without prejudice.

All six of Plaintiff's Motions for Summary Judgment fail to comply with this District's Local Rule D.C.COLO.LCivR 10.1E in that all of the Motions are single-spaced.[1]  Furthermore, Plaintiff's Motions for Summary Judgment, taken together, violate WJM Revised Practice Standard III.E, which specifically states that  "each party shall be limited to the filing of a **single** motion for summary judgment. . ." (emphasis added).

---

[1] D.COLO.L.CivR 10.1E states "All papers shall be double-spaced."

For the foregoing reasons each of the Plaintiff's Motions for Summary Judgement (ECF Nos. 48, 49, 50, 51, 68, and 69) are STRICKEN WITHOUT PREJUDICE.  Plaintiff is granted leave to refile a **single** motion for summary judgment in compliance with both this District's Local Rule D.C.COLO.LCivR 10.1E, and also with WJM Revised Practice Standard III.E, on or before November 26, 2013.

Dated this 12th day of November, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge