**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-2934-WJM-MEH

UNITED STATES OF AMERICA, for the use of EFCO CORPORATION

    Plaintiff,

v.

WESTERN SURETY COMPANY, a South Dakota Corporation,
TOWER I CONSTRUCTION COMPANY d/b/a TOWER ONE CONSTRUCTION, a Colorado Corporation,
COLORADO COMMERCIAL GLASS, INC., a Colorado Corporation, and
GREGORY J. EVANS,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS

This matter comes before the Court on the Plaintiff's Motion to Dismiss, filed February 23, 2015 (ECF No. 89).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion to Dismiss is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay its own attorney's fees and costs.

Dated this 23rd day of February, 2015.

                                            BY THE COURT:

                                            _____
                                            William J. Martínez
                                            United States District Judge